The Honorable Mary Jo Heston
Chapter 7
Location: Tacoma

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>FAMILY CLASSIC HOMES INC.,<br><br>          Debtor. | No. 21-40996<br><br>TRUSTEE'S RESIGNATION OF APPOINTMENT AS TRUSTEE |

COMES NOW Kathryn A. Ellis, duly appointed Chapter 7 Trustee, and hereby RESIGNS as Trustee in the above-referenced Chapter 7 bankruptcy proceeding. She respectfully requests the United States Trustee appoint a successor Trustee to administer the case.

DATED this 14th day of January, 2022.

                                          /s/ Kathryn A. Ellis
                                          Kathryn A. Ellis, Trustee

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Family Classic\resignation_not.wpd

**TRUSTEE'S RESIGNATION OF APPOINTMENT AS TRUSTEE - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002