Judge Mary Jo Heston
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In Re:

FAMILY CLASSIC HOMES, INC.,

Debtor.

No. 21-40996-MJH

NOTICE OF RESIGNATION OF TRUSTEE AND APPOINTMENT OF SUCCESSOR TRUSTEE

Kathryn A. Ellis has resigned as trustee in this case. **Mark Waldron** is appointed as successor (interim) trustee. Unless the successor (interim) trustee notifies the United States Trustee and the court in writing of rejection of the appointment within seven (7) days after receipt of this notice, the trustee shall be deemed to have accepted the appointment.

DATED this 14th day of January, 2022.

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

*/s/ Hilary Bramwell Mohr*
Hilary Bramwell Mohr, WSBA # 40005
Attorney for the United States Trustee

NOTICE OF RESIGNATION OF TRUSTEE AND APPOINTMENT OF SUCCESSOR TRUSTEE Page – 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)